[No. 14129-9-II.   Division Two.   April 13, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JOAN H.
PHILLIPS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 86-1-00234-1, Thomas L. Lodge, J., entered July
16, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 14852-8-II.   Division Two.   April 13, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. MELVIN
ROBIN AUGG, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-00360-4, Thomas R. Sauriol, J., entered
March 22, 1991. *Reversed* by unpublished opinion per Alex-
ander, C.J., concurred in by Petrich and Morgan, JJ.

[No. 12136-4-III.   Division Three.   April 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
CHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-01363-8, Michael W. Leavitt, J., entered
December 20, 1991. *Affirmed in part* by unpublished per
curiam opinion.

[No. 13947-2-II.   Division Two.   April 15, 1993.]

THE CITY OF RAYMOND, *Respondent*, v. DOUGLAS
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 89-1-00122-3, Joel M. Penoyar, J., entered May
11, 1990. *Reversed* and *dismissed* by unpublished opinion per
Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.